**Opinion issued March 8, 2016**



In The

# Court of Appeals

For The

## First District of Texas

_____

### NO. 01-16-00073-CR

### NO. 01-16-00074-CR

_____

## IN RE THE CITY OF MEADOWS PLACE, TEXAS, AND GARY STEWART, CHIEF OF POLICE, Relators

---

### Original Proceeding on Petition for Writ of Mandamus and Writ of Prohibition

---

## MEMORANDUM OPINION

Relators, The City of Meadows Place, Texas, and Gary Stewart, Chief of Police, filed a petition for a writ of mandamus and a writ of prohibition challenging an "Order to Register Defendant as Sex Offender in The City of Meadows Place,

Texas" and oral rulings regarding the city's Ordinance 2006-21.[1] After relators filed their petition, the trial court signed an order vacating the order to register and any findings regarding the ordinance. Relators have filed an unopposed motion to dismiss the petition as moot.

Accordingly, we grant the motion and dismiss the petition for a writ of mandamus and a writ of prohibition as moot. All pending motions also are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Bland, Brown, and Lloyd.
Do not publish.   TEX. R. APP. P. 47.2(b).

---

[1] The underlying proceeding is *The State of Texas v. Shane West*, cause no. 1374217, in the 174th District Court of Harris County, Texas, the Honorable Ruben Guerrero presiding.